**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 06a0703n.06
Filed: September 22, 2006

**01-3960**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| CHARLOTTE CUNO et al., | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | ON REMAND FROM THE |
| v. | ) | SUPREME COURT OF THE |
| | ) | UNITED STATES |
| DAIMLER CHRYSLER CORPORATION et al., | ) | |
| | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: SILER, DAUGHTREY, and COLE, Circuit Judges.

**PER CURIAM.** This case is before us on remand from the Supreme Court "for dismissal of the plaintiffs' challenge to the franchise tax credit." We therefore remand the case to the district court with the direction to dismiss the case in accordance with the opinion announced by the Supreme Court in <u>DaimlerChrysler Corp. v. Cuno</u>, ___ U.S. ___, 126 S.Ct. 1854 (2006).

SO ORDERED.

ENTERED BY ORDER OF THE COURT

_____

Leonard Green, Clerk